To Honorable Ewing Werlein JR,

I feel I should bring to your attention you honor. There was a guy by name of Kevin Casper. Who use to Dig through my legal work when I was not in my cell and read it. I was told this by others. He help me create a Article which is a draft. It was not finished and needed much work. I was released without my approval to a local paper a few weeks ago. He had something to do with it because it was missing out of my paper work.

Me and guys kick him out of our cell block because we knew he was going to setup or frame one of us. We had feeling he was conspiring. The prosecutor has no grounds for a upward be departure since I didn't commit a crime nor is like a crime in progress. I have illusions and if someone wants to record them my illusions than they need more help than I do. I like to talk to myself and answer myself. Joe Corley doesn't provide th help I need. I just thought you should be aware of this before sentencing.

Best Regards,
Robert Talbot sr
7-25-15

United States Courts
Southern District of Texas
FILED
JUL 30 2015
David J. Bradley, Clerk of Court

*[Envelope, rotated 90°]*

Return address (handwritten):
Ricardo Tubbs #[illegible]
Joe Corley [illegible]
[illegible]
Conroe, TX 77[illegible]

Postmark: NORTH HOUSTON TX 773
29 JUL 2015 PM 8 L

Addressee (handwritten):
Honorable Ewing Werlein Jr.
U.S. Courts Federal Building
515 Rusk Ave
Houston, TX 77002

Barcode: 7700225 1195

Stamps:
"THIS LEGAL MAIL HAS NOT BEEN INSPECTED"

United States [Courts]
Southern District of Texas
FILED
JUL 30 2015
David J. Bradley, Clerk of Court

Notation: Legal Mail