Honorable Judge Ewing Werlein
Bob Casey U.S. Courthouse
P.O. Box 61010
Houston, TX 77208

United States District Court
Southern District of Texas
FILED
APR 11 2016
David J. Bradley, Clerk of Court

To clerk,

I would like a copy of my PSR sent to: USP PO Box 150160 Alanta, GA 30315.

Thank You,

Robert Talbot #44679379

Robert Talbot 44674329
USP Atlanta
PO Box 150160
Atlanta GA 30315

Honorable Judge Ewing Werlein
Bob Casey U.S. Court House
P.O. Box 61010
Houston, TX 77208

ATLANTA METRO 300
05 APR 2016 PM 5 L

7720810101010

United States District Court
Southern District of Texas
FILED
APR 11 2016
David J. Bradley, Clerk of Court