Southern District of Texas
FILED
FEB 13 2018
David J. Bradley, Clerk of Court

4:14 cr 169

To the Honorable court of Southern Distrist Houston Texas.

I'm contacting the courts to appeal my case on for not having a forensic psychological evaluation, reduced mental capacity, Diminished Capacity which prejudiced me from fair trial and being sentenced under mitigating factors noted above. It's denial of writ of Habeas Corpus.

My public defender at the time was Phillip Gallenger during early court proceedings. Mr. Gallenger hired a Proffessional Psychiatrist to evaluate me. Under her Proffessional Diagnoses, she found 5 disorders. Acoholism she mentions lightly but further evidence from the Hospital Reports show Ammonia levels being intoxicating high because of the Alcohol.

Debra M. Osterman M.D.                    p2

Being a Accholic and having those disorders [she] ~~(Report is pending and court does have a copy under my case)~~ came to a unquestionable resolution that I had a reduce mental capacity before my arrest. As well will remain Diminished while incarcerated because of the poor Medical the prison offers.

Honorable Judge Warlion did do a downward departure using the psycological report which my Public Defender Philip Gallenger hired. I was surprised the Judge didn't use it on my case but still gave me max time for my offense.

I am having problems getting copies of the psycological Report.

P3.

I have valid reasons for not being able to do the Appeal in the time frame the court recommends has a lot to do with the courts and prison system, money, and education in law. The court continued to withhold documents that was returned from USP Atlanta in June 2016, preventing me from working on my case, which extended the time it would of took me to file the 2255.

Also, I been in the shu for approximately 12 months during and after my trail/Plea. I did try with written letters to the court past and present to get court documents. I even written a letter to the Public Defender which I yet to recieve and documents. If I had the case documents I know I would find more constitutional violations.

p4

USP Atlanta illegaly witheld court documents only to send them back for inexcuseable reasons. Thus, numerous lockdowns which prevented me from using the law library and making outside contacts for progress.

Only recently I tried again to get the documents from the courts and heard nothing, even with follow-up letters.

Joe Corley prevented court documents getting to court with letters written and me recieving mail from court if not delaying it. Joe Corley creates "collusion" against oo inmates preventing us from succeeding court proceedings.

12-14-17

Robert Talbotse #44679379



Judge Ewing Werlein Jr
Bob Casey U.S. Court
P.O. Box 61010
Houston, TX 77208
Fifth Circuit