Case 4:14-cr-00169   Document 102   Filed on 09/24/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 24, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent, | § | |
| V. | § | CRIMINAL ACTION NO. H-14-169 |
| | § | CIVIL ACTION NO. H-18-0468 |
| ROBERT JAMES TALBOT, JR., | § | |
| Defendant-Movant. | § | |

### FINAL JUDGMENT

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Order Adopting Recommendation of the Magistrate Judge, and the Memorandum and Recommendation of the Magistrate Judge signed and filed on August 1, 2018, which Memorandum and Recommendation is adopted as the opinion of this Court, that the Government's Motion to Dismiss (Document No. 97) is GRANTED, and Movant Robert James Talbot, Jr.'s § 2255 Motion to Vacate, Set Aside or Correct Sentence (Document No. 83) is DENIED and DISMISSED with prejudice as time-barred. It is further

ORDERED that a Certificate of Appealability is DENIED.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas, this 24TH day of September, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE