United States District Court
Southern District of Texas

**ENTERED**

November 06, 2019

David J. Bradley, Clerk

PROB 49
(05/00)

# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

| | | | |
|---|---|---|---|
| Name of Offender: | Robert James Talbot, Jr. | Case Number: | 4:14CR00169-001 |

Name of Sentencing Judge:     The Honorable Ewing Werlein Jr.

Date of Original Sentence:     November 6, 2015

Original Offense:     Count 1: Attempted interference with commerce by robbery, aiding and abetting, 18 U.S.C. § 1951(a) and 2.

Count 2: Solicitation to commit a crime of violence, in violation of 18 U.S.C. § 373(a).

Original Sentence:     78 months imprisonment as to each of Counts 1 and 2, to run concurrently, followed by three years supervised release as to Counts 1 and 2, to run concurrently, a $200 special assessment and $800 fine.  Special conditions include drug surveillance and mental health treatment.

Type of Supervision:     Supervised Release     Supervision Started:  November 5, 2019

---

### EARLIER COURT ACTION

None.

---

### PETITIONING THE COURT

☐     To extend the term of supervision for ___ years, for a total of ___ years.

☒     To modify the conditions of supervision as follows:

**COMMUNITY CONFINMENT:** The person under supervision is required to participate in a community treatment, halfway house or similar facility for a period of up to 180 days, beginning at a time to be determined by the probation officer.

## CAUSE

On November 6, 2019, Robert James Talbot, Jr. reported to the probation office for the intake process to begin his supervised release term. Upon arrival to the probation office, Mr. Talbot advised he was homeless and had no family ties to the Houston, Texas, area. He further reported his immediate family resides in upstate New York, but his relationship with them is strained. As such, Mr. Talbot has requested that he be allowed to reside at the halfway house until he is able to obtain employment and save money for his own residence. It is therefore recommended that Mr. Talbot's conditions of supervision be modified to include halfway house placement as requested. The probation office will closely monitor Mr. Talbot's employment and finances, and will immediately inform the Court if additional modifications are necessary or if he is able to release from the halfway house sooner than the requested 180 days.

Approved:                                        Respectfully submitted,

By:

_____                        _____
Chrishele Powell, Supervising                    Kimberley Seales
United States Probation Officer                  United States Probation Officer
                                                 November 6, 2019

Name of Offender: TALBOT, JR., Robert James
Case Number: 4:14CR00169-001
Page Number: 3

THE COURT ORDERS:

[  ]    No Action

[  ]    Extended Supervision as Noted

[✓]    Modify Conditions as Noted

[  ]    Other:


Ewing Werlein, Jr.
U. S. District Judge

NOV. 6, 2019
Date

PROB 49
(5/00)

**TALBOT, JR., Robert James**
**4:14CR00169-001**

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or the proposed extension of my term of supervision:

**COMMUNITY CONFINMENT:** The person under supervision is required to participate in a community treatment, halfway house or similar facility for a period of up to 180 days, beginning at a time to be determined by the probation officer.

Witness: _____
Kimberley Seales
U.S. Probation Officer

Signed: _____
Robert James Talbot, Jr.
Probationer or Supervised Releasee

Date: _11-06-2019_

Date: _11-06-19_