United States District Court
Southern District of Texas

PROB 12C
(6/15)

**ENTERED**
January 27, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: | Robert James Talbot, Jr. |
| Case Number: | 4:14CR00169-001 |
| Name of Sentencing Judge: | The Honorable Ewing Werlein Jr. |
| Date of Original Sentence: | November 6, 2015 |
| Original Offense: | Count 1: Attempted interference with commerce by robbery, aiding and abetting, 18 U.S.C. § 1951(a) and § 2.<br><br>Count 2: Solicitation to commit a crime of violence, in violation of 18 U.S.C. § 373(a). |
| Original Sentence: | 78 months imprisonment as to each of Counts 1 and 2, to run concurrently, followed by three years supervised release as to Counts 1 and 2, to run concurrently, a $200 special assessment and $800 fine. Special conditions include drug surveillance and mental health treatment. |
| Type of Supervision: | Supervised Release |
| Supervision Started: | November 5, 2019 |
| Assistant U.S. Attorney: Carolyn Ferko | Defense Attorney: Philip G. Gallagher, AFPD |

---

### EARLIER COURT ACTION

November 6, 2019: The conditions of supervised release were modified to include 6 months halfway house after Mr. Talbot released from the Bureau of Prisons without a suitable residence.

---

### PETITIONING THE COURT

**To issue a warrant and set a Revocation Hearing to show cause why Supervised Release should not be revoked.**

The probation officer believes that the offender has violated the following conditions of supervision:

RE: Robert James Talbot Jr 2
Dkt. No. 4:14CR00169-001

**Violation Number    Nature of Noncompliance**

**1    Failure to Participate in Community Treatment Center as Directed**

On January 21, 2020, Robert James Talbot, Jr. left the Liedel Comprehensive Sanction Center in Houston, TX without approval. His present whereabouts are unknown.

**2    Failure to Notify the Probation Officer of Change of Residence**

Robert James Talbot, Jr. failed to notify the probation officer of his change of residence. His whereabouts are unknown at this time. The last personal contact he's had with the undersigned was January 16, 2020.

**3    Failure to Participate as Directed in a Mental Health Program**

Robert James Talbot, Jr. failed to attend his psychiatric assessment scheduled on December 23, 2019 and January 10, 2020.

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for ___ years, for a total of ___ years.

☐ To modify the conditions of supervision as follows:

Approved:                                         Respectfully submitted,

                                                           By:

_____        _____
Barbara Schoephoerster, Supervising    Scott Cooper
United States Probation Officer        United States Probation Officer
                                                                January 23, 2020

Name of Offender: Robert James Talbot Jr.
Case Number: 4:14CR00169-001
Page Number: 3

---

THE COURT ORDERS:

[ ]   No Action

[ ]   The Issuance of a Warrant, and no bond.

[✓]   The Issuance of a Warrant, and a bond of $ 26,000.00 cash/surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ]   The Issuance of a Summons.

[ ]   Other:


*(signature)*
Ewing Werlein, Jr.
U. S. District Judge

1/24/20
Date